Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3101

ALEXANDER F. PUCILOWSKI, JR.,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Steven L. Herrick, Tully Rinckey P.L.L.C., of Albany, New York, argued for petitioner. On the brief was Greg T. Rinckey.

Douglas K. Mickle, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director. Of counsel on the brief was Paul M. Schneider, Office of General Counsel, Federal Bureau of Prisons, of Washington, DC.

Appealed from: Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3101

ALEXANDER F. PUCILOWSKI, JR.,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      NY3443060081-A-2.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, PLAGER, and DYK, Circuit Judges )

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED December 10, 2009        /s/ Jan Horbaly
                               Jan Horbaly, Clerk